# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 669 | **DATE** | 8/26/2008 |
| **CASE TITLE** | USA vs. Christopher West, et al. | | |

**DOCKET ENTRY TEXT**

Initial appearance regarding a return on a witness warrant as to Bashir Ahmat called and continued to 08/27/08 at 11:00 a.m. at the request of the parties. Without objection, Bashir Ahmat to remain in custody until further order of the Court.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | maw |
|---|---|---|