AO 442 (Rev. 6/97) Warrant for Arrest

# United States District Court
Northern District of Illinois
Eastern Division

United States of America            WARRANT FOR ARREST

v.

Christopher P. West et al.,           Case Number: 08 CR 669

To: The United States Marshal
And any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Ziaulhaq** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

Indictment    Information    Complaint    (Order of court)    Violation Notice    Probation Violation Petition

charging him or her with: **Material witness**

FILED
8-29-08
AUG 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Laura Springer Issuing Officer

_Laura Springer_
Signature of Issuing Officer

August 25, 2008    Chicago, Illinois

Bail fixed at $ _____

_____
Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| Date Received | Name and Title of Arresting Officer | Signature of Arrest Officer |
|---|---|---|
| 8/25/08 | Arrested by Dept. of Defense | |
| 8/27/08 | | |

Date of Arrest

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **FILED UNDER SEAL** |
| | ) | |
| v. | ) | Criminal No. 08 CR 669 |
| | ) | Judge Samuel Der-Yeghiayan |
| CHRISTOPHER P. WEST, et. al. | ) | |

## WARRANT FOR ARREST OF WITNESS

To:   United States Marshal or any other duly authorized law enforcement officer

You are hereby commanded to arrest Ziaulhaq (DOB 01/01/1970, OR492535) and to bring said individual forthwith before this Court, as a material witness, it having become impracticable to secure the individual's presence by subpoena.

You are further commanded to detain the individual in your custody until said individual is discharged by the Court.

Upon order of the Honorable John W. Darrah, United States District Judge, Northern District of Illinois, this ___ day of August, 2008.

_____
Clerk