## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 669 - 2 | **DATE** | 9/2/2008 |
| **CASE TITLE** | USA vs. Patrick Boyd | | |

**DOCKET ENTRY TEXT**

Arraignment held. The Court hereby appoints Federal Defender Panel attorney Robert G. Clarke to represent the defendant. As stated on the record, counsel for the Defendant shall submit to this Court the appropriate financial affidavit and CJA voucher. Defendant pleads not guilty to each charge of each count of the Indictment. Rule 16.1 conference to be held by 11/07/08. Status hearing set for 11/19/08 at 9:30 a.m. In the interest of justice, the Government's oral motion to exclude time through and including 11/19/08 is granted pursuant to 18 U.S.C. § 3161(h)(8)(A)(B) without objection. As stated on the record, Defendant's personal appearance is hereby waived for the 11/19/08 status hearing. As further stated on the record, Defendant's conditions of release previously set by the Magistrate Judge in Indiana are hereby modified as follows: Defendant's residential requirement where he is to live on a military base, if possible, is hereby stricken. Defendant's condition to voluntary submit to searches by pretrial services is hereby stricken. Defendant shall be restricted to travel in the Northern District of Illinois and the Central District of Florida and that the condition of travel to the Southern District of Indiana is stricken.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | maw |
|---|---|---|