# United States District Court
## Southern District of Indiana

*Laura A. Briggs*
*Clerk of the Court*

105 U.S. Courthouse
46 East Ohio Street
Indianapolis, Indiana
46204

210 Federal Building
Terre Haute, Indiana
47808

101 Northwest MLK Boulevard
Evansville, Indiana
47708

121 West Spring Street
New Albany, Indiana
47150

August 28, 2008

Clerk of the Court
Everett McKinley Dirksen US Courthouse
219 S Dearborn Street
Chicago IL 60604

FILED
9-2-08
SEP X 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Sir:

      RE:  United States of America
           -v-
           PATRICK BOYD
           Cause No.: 1:08-MJ-195
           Your Cause No.: 08-cr-669-02

*Judge Der-yeghiayan*

    The above named defendant is ordered removed to your district by the United States District Court, Southern District of Indiana, Indianapolis Division.

    Enclosed please find certified copies of the entire file along with a certified copy of the docket sheet.

    Please acknowledge receipt on the copy of this letter.

           Very truly yours,

           Laura A. Briggs, Clerk

           By: _Cindy B. Lurich_
                Deputy Clerk

CLOSED

# U.S. District Court
# Southern District of Indiana (Indianapolis)
# CRIMINAL DOCKET FOR CASE #: 1:08-mj-00195-KPF-1
# Internal Use Only

Case title: USA v. BOYD
Other court case number: 08-cr-669-02
Norhtern District
of Illinois
(Chicago)

Date Filed: 08/27/2008



Assigned to: Magistrate
Judge Kennard P. Foster

**Defendant (1)**
**PATRICK W. BOYD**         represented by **Juval O. Scott**
INDIANA FEDERAL
COMMUNITY
DEFENDERS
111 Monument Circle
Suite 752
Indianapolis, IN 46204
(317) 383-3520
Fax: (317) 383-3525
Email: juval.scott@fd.org
*ATTORNEY TO BE*
*NOTICED*
*Designation: Public Defender*
*or Community Defender*
*Appointment*

**Pending Counts**                                  **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                          **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                 **Disposition**

None

**Plaintiff**

USA                         represented by **Gayle Helart**
                                            UNITED STATES
                                            ATTORNEY'S OFFICE
                                            10 West Market Street
                                            Suite 2100
                                            Indianapolis, IN 46204
                                            (317) 226-6333
                                            Fax: (317) 226-6125
                                            Email:
                                            gayle.helart@usdoj.gov
                                            *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/27/2008 | 1 | COURTROOM MINUTES for proceedings held before |

| | | |
|---|---|---|
| | | Magistrate Judge Kennard P. Foster: Defendant PATRICK W. BOYD appears in person and by FCD counsel Juval Scott. Appearance for the USA by AUSA Gayle Helart. USPO represented by Robyn Woods. Defendant is released on recognizance and ordered to appear in Chicago IL 08-28-08 at 10:00am. Initial Appearance in Rule 5(c)(3) Proceedings on an Indictment out of ND/IL Chicago 08-cr-669-02 as to PATRICK W. BOYD held on 8/27/2008. Charges and Rights were read and explained. Deft waived identity hearing. Govt moves for detention and hearing held. (CBU) (Entered: 08/28/2008) |
| 08/27/2008 | 2 | WAIVER of Rule 5(c)(3) Hearing by PATRICK W. BOYD (CBU) (Entered: 08/28/2008) |
| 08/27/2008 | 3 | ORDER Setting Conditions of Release. Signed by Magistrate Judge Kennard P. Foster on 8/27/08.(CBU) (Entered: 08/28/2008) |
| 08/28/2008 | 4 | Rule 5(c)(3) Documents Sent to Northern District of Illinois as to PATRICK W. BOYD (CBU) (Entered: 08/28/2008) |

**Case #: 1:08-mj-00195-KPF-1**

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

FILED
AUG 27 2008
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

__SOUTHERN__ DISTRICT OF __INDIANA__

UNITED STATES OF AMERICA

V.

__PATRICK BOYD__

Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: 1:08-mj-0195

CHARGING DISTRICTS
CASE NUMBER: 08-cr-669-2

I understand that charges are pending in the __Northern__ District of __Illinois__

alleging violation of __18:371; 201(b)(1)(2)__ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(✓) identity hearing

( ) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

8/27/08
Date

_____
Defense Counsel

*CERTIFIED A TRUE COPY — CLERK OR DEPUTY — U.S. DISTRICT COURT SOUTHERN DISTRICT OF INDIANA — LAURA A. BRIGGS, CLERK*



# REPORT OF PROCEEDINGS BEFORE UNITED STATES MAGISTRATE

**MAGISTRATE CAUSE NUMBER: 1:08-mj-0195**        **CAUSE NUMBER:**

At Indianapolis, IN on 8/27/08

Proceedings in United States vs. PATRICK BOYD

Appeared in the custody of a Federal Officer ■    Appeared voluntarily ☐

Description: Age ____ Sex M  Race ____ Born: Native ☐ Foreign ☐

Address _____

Name of complainant and title (if any) ____

Date of Indictment 8/21/08

Offense charged Bribery            Date of offense _____

Where committed ND/Illinois        Date of Warrant 8/22/08

Date of hearing 8/27/08            Examination waived _____

Bail fixed at $ None

Released Own Recognizance

Committed to _____

Discharged (date) _____

Name and address of surety

Names and residences of witnesses _____

DUSM: Mowell

Remarks Deft. appears in person and by counsel Juval Scott Rule 5(c)(3) hearing on an indictment out of ND/Illinois (Chicago 08-cr-669-2). Govt. was represented by Gayle Helart and USPO by Robyn Woods. Charges and rights were read and explained. Deft. waived identity hearing. Govt. moves for detention. Detention hearing held. Deft. released on his own recognizance and ordered to appear in Chicago, Illinois on 8/28/08 at 10:00 am.

_____ 90
Kennard P. Foster, United States Magistrate Judge



# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ District of _____INDIANA_____

United States of America

V.

_____PATRICK BOYD_____
Defendant

**ORDER SETTING CONDITIONS OF RELEASE**

Case Number:   1:08-MJ-0195

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) __Mag. Judge Nolan, Courtroom 1858, 219 South__
Place
__Dearborn, Chicago, Illinois 60604__ on __August 28, 2008 @ 10:00 a.m__
312-435-5833                                Date and Time

**Release on Personal Recognizance or Unsecured Bond**

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✔ ) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

(   ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of
_____ dollars ($ _____ )
in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL   SERVICES   U.S. ATTORNEY   U.S. MARSHAL

*[Certified true copy stamp: Southern District of Indiana, Laura A. Briggs, Clerk, by Cindy B___ Deputy Clerk]*



## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community.

IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
  (Name of person or organization) _____
  (Address) _____
  (City and state) _____ (Tel. No.) _____

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____
Custodian or Proxy        Date

( ) (7) The defendant shall:
- (X) (a) report to the PRETRIAL SERVICES AGENCY, telephone number _____, not later than AS THEY INSTRUCT.
- ( ) (b) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property:
- ( ) (c) post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described
- ( ) (d) execute a bail bond with solvent sureties in the amount of $ _____.
- (X) (e) maintain or actively seek employment.
- ( ) (f) maintain or commence an education program.
- (X) (g) surrender any passport to: PRETRIAL SERVICES AGENCY
- (X) (h) obtain no passport.
- (X) (i) abide by the following restrictions on personal association, place of abode, or travel: MD/FL RESTRICTED TO THE SD/IN AND ND/IL UNLESS PRE-APPROVED BY PRETRIAL SERVICES AGENCY
- (X) (j) avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: ANY CODEFENDANTS OR POTENTIAL CODEFENDANTS - IF RELATED DO NOT DISCUSS CASE
- ( ) (k) undergo medical or psychiatric treatment and/or remain in an institution as follows: _____
- ( ) (l) return to custody each (week) day as of _____ o'clock after being released each (week) day as of _____ o'clock for employment, schooling, or the following limited purpose(s): _____
- ( ) (m) maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising officer.
- (X) (n) refrain from possessing a firearm, destructive device, or other dangerous weapons.
- (X) (o) refrain from ( ) any (X) excessive use of alcohol.
- (X) (p) refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
- ( ) (q) submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.
- ( ) (r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.
- ( ) (s) refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which is (are) required as a condition(s) of release.
- ( ) (t) participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) will or ( ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.
  - ( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
  - ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer; or
  - ( ) (iii) **Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services office or supervising officer.
- (X) (u) report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.
- (X) (v) REPORT ON A REGULAR BASIS TO THE SUPERVISING OFFICER AS THEY INSTRUCT
- (X) (w) DEFT. IS SUBJECT TO RANDOM SEARCHES OF HIS PERSON, RESIDENCE & PROPERTY BY U.S. PROBATION & PRETRIAL SERVICES OFFICERS AND/OR ANY LAW ENFORCEMENT OFFICERS ACCOMPANYING THEM
- ( ) (x)

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICES   U.S. ATTORNEY   U.S. MARSHAL

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

## Directions to United States Marshal

( X ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: _____8/27/08_____         _____
                                          Signature of Judicial Officer

                                          KENNARD P. FOSTER, U.S. MAGISTRATE JUDGE
                                          Name and Title of Judicial Officer

DISTRIBUTION:  COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL